United States District Court
Southern District of Texas
**ENTERED**
October 18, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RODNEY ALLEN, CEDERICK CALLEGARY, KERMECIA FAULKNER, and BERNADETTE GREEN <br> *Plaintiff* <br><br> v. <br><br> FUSION AUTOPLEX LLC <br> *Defendant* | § § § § § § § § § § | Civil Action No. <br><br> 4:16-cv-00833 |

## ORDER:

### JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL OF CLAIMS

Before the Court is the parties' *Joint Motion for Approval of Settlement Agreement* in the above entitled and numbered action. After consideration of the motion and review of the Parties' proposed Settlement Agreement, the Court is of the opinion that the proposed Settlement Agreement represents a fair and reasonable resolution of a bona fide dispute, such that Motion for Approval of Settlement Agreement should be **GRANTED**.

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the Settlement Agreement submitted to the Court as Exhibit A to the *Motion for Approval of Settlement Agreement* is approved.

SIGNED and ENTERED this 17th day of ~~September~~ October, 2017.

_____
THE HONORABLE SIM LAKE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS