United States District Court
Southern District of Texas
**ENTERED**
December 15, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CEDRICK CALLEGARI, KERMECIA FAULKNER, and BERNADETTE GREEN, Individually and on Behalf of all Others Similarly Situated, Plaintiffs, v. FUSION AUTOPLEX LLC Defendants. | Civil Action No. 4:16-CV-00833 COLLECTIVE ACTION (JURY TRIAL) |

## ORDER OF DISMISSAL WITH PREJUDICE

Came on to be considered Plaintiffs' Agreed Motion for Partial Nonsuit filed in this cause by Cedrick Callegari, Kermecia Faulkner and Bernadette Green.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims and causes of action brought by the Plaintiffs Cederick Callegari, Kermecia Faulkner and Bernadette Green against Fusion Autoplex LLC in this action are dismissed *with prejudice*. All attorney's fees, costs and expenses are taxed against the party that incurred same.

All other relief not expressly granted in this order is denied.

SIGNED this 15th day of December, 2017.

THE HONORABLE SIM LAKE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS